Lee Delton Gunn, IV
Gunn Law Group, P.A.
777 South Harbour Island Blvd., Suite 765
Tampa, FL 33602
Telephone: (813) 228-7070
Facsimile: (813) 228-9400
Email: lgunn@gunnlawgroup.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 08-5635 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Tillman Walker, et al.,<br><br>                             Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>                             Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiffs in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named therein with

//
//
//
//

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

each side bearing its own attorneys' fees and costs.

DATED: March 10, 2010    By: /s/ Scott Lo

GUNN LAW GROUP, P.A.
777 South Harbour Island Blvd., Suite 765
Tampa, FL 33602
Telephone: (813) 228-7070
Facsimile: (813) 228-9400

*Attorneys for Plaintiffs*

DATED: Mar. 22, 2010    By: /s/

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: APR - 5 2010

Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**